LOUIS TREUHAFT, Respondent, v. MORITZ BENDER and FLORA BENDER,

Copartners, etc., Appellants.— Judgment and order affirmed, with costs, in accordance with opinion in *Treuhaft* v. *Bender* (193 App. Div. 666), decided herewith. Jenks, P. J., Rich, Putnam and Kelly, JJ., concur; Mills, J., is of opinion that the defendants' exception to the refusal to charge is reversible error.